■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUSSELL KING, Appellant. [20 NYS3d 536]—

Judgment, Supreme Court, New York County (Melissa Jackson, J.), rendered December 17, 2013, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree and criminal possession of a controlled substance in the third degree, and sentencing him to an aggregate term of 3½ years, with five years' postrelease supervision, unanimously affirmed.

Regardless of whether defendant made a valid waiver of his right to appeal, we perceive no basis for reducing defendant's period of postrelease supervision.

Defendant's challenge to the requirement that he register under the Gun Offender Registration Act (Administrative Code of City of NY § 10-601 et seq.) is unreviewable on this appeal

because it is not part of his sentence (*see People v Smith*, 15 NY3d 669 [2010]; *People v Rosa*, 85 AD3d 587 [2011], *lv denied* 17 NY3d 861 [2011]). The fact that defendant's sentence and commitment sheet makes a reference to this registration requirement does not incorporate it into the court's sentence. Concur—Mazzarelli, J.P., Acosta, Moskowitz and Richter, JJ.